# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| SUNSHINE H. HAUANIO, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00354 MWJS-RT |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| THE MICHAELS ORGANIZATION, | December 18, 2024 |
| Defendant. | At 10 o'clock and 40 min a.m.<br>LUCY H. CARRILLO, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    On December 18, 2024, the Court issued its "Order Dismissing Case Without Prejudice," ECF No. 46 (December 18, 2024 Order).

    IT IS ORDERED AND ADJUDGED that this action is HEREBY dismissed without prejudice, pursuant to and in accordance with the December 18, 2024 Order, and the Entering Order of November 6, 2024, ECF No. 44. The Clerk is DIRECTED to enter judgment and close this case.

| | |
|---|---|
| December 18, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |